UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE ESTRADA-SILVA,

            Petitioner,

   v.

NATALIE ASHER, et al.,

            Respondents.

NO. C14-665-RAJ

ORDER OF DISMISSAL

The court has reviewed the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. The court notes that no one has objected to the R&R and that the time for objection has passed. The court ADOPTS the R&R (Dkt. # 8), and thereby GRANTS Respondent's motion to dismiss (Dkt. # 7). The court DISMISSES this action as moot. The clerk shall enter judgment and ensure that Judge Donohue receives notice of this order.

DATED this 21st day of July, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL - 1